UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL DIAZ,**         :  <br>        Petitioner,         : <br>                                  : <br>        v.                     :         No.  25-cv-3150 <br>                                  : <br> **USA,**                      : <br>        Respondent.    : | |

### O R D E R

**AND NOW,** this 20th day of August, 2025, upon consideration of Miguel Diaz's Notice (ECF No. 4), docketed after this Court ordered his Petition for Writ of *Habeas Corpus* (ECF No. 1), which challenges Diaz's conviction and sentence in the Southern District of New York (23-cr-576), transferred to the United States District Court for the Southern District of New York (ECF No. 3), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **RE-OPEN** this case for purposes of this Order only.

2. The Clerk of Court is **DIRECTED** to transfer the Notice (ECF No. 4) to the United States District Court for the Southern District of New York, as a supplement to the previous transfer; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                        **BY THE COURT:**

                                                        */s/ Joseph F. Leeson, Jr.*
                                                        **JOSEPH F. LEESON, JR.**
                                                        **United States District Judge**