```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MIGUEL DIAZ,                                                       :
                                                                   :
                              Petitioner,                          :
                                                                   :            25-cv-5426 (LJL)
              -v-                                                  :
                                                                   :               ORDER
UNITED STATES OF AMERICA,                                          :
                                                                   :
                              Respondent.                          :
                                                                   X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2025

LEWIS J. LIMAN, United States District Judge:

    The Clerk of Court is respectfully directed to docket the Order of Dismissal in Case No. 25-cv-5428, *see* Dkt. No. 7, in this case as well.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                          United States District Judge