**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIGUEL DIAZ,

           Movant,　　　　　　　　　　　25 **CIVIL** 5426 (LJL)
　　　　　　　　　　　　　　　　　　　　　　　23 **CR.** 576-1 (LJL)

    -against-

　　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

UNITED STATES OF AMERICA,

           Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 3, 2025, the petition for a writ of habeas corpus, construed as brought under 28 U.S.C. § 2255, is denied without prejudice as prematurely filed. All pending matters are terminated. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**DATED:**  New York, New York
　　　　　　September 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　**TAMMI M. HELLWIG**
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　**BY:**　*K. Mango*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**